JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURIDIANA CARDENAS HIDALGO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ELISEO RICOLCOL, Warden,<br><br>　　　　Respondent. | Case No. 5:25-cv-362-WLH-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: 8/4/2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE